1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9

| | |
|---|---|
| MIKHAIL STAROSTA, | CASE NO. 2:23-cv-01849-MJP |
| Plaintiff, | ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR CONTINUANCE |
| v. | |
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY and ALLSTATE INSURANCE COMPANY, | |
| Defendants. | |

10
11
12
13
14
15
16
17

This Matter comes before the Court on Plaintiff Mikhail Starosta's Motion to Continue. (Dkt. No. 12.) Having reviewed the Motion, Defendants' Opposition (Dkt. No. 14), the Reply (Dkt. No. 16), and all supporting materials, the Court GRANTS IN PART Plaintiff's Motion.

The Federal Rules of Civil Procedure govern the timeline for which parties have to submit briefings. The Court can modify that schedule upon a showing of good cause. See

18
19
20
21
22
23
24

1  Fed. R. Civ. P. 6(b)(1). The Court finds that Plaintiff has shown good cause for why certain

2  deadlines scheduled in this case should be continued.

3       Accordingly, the Court ORDERS that the case schedule in this matter, (see Dkt. No. 11,)

4  be adjusted as follows:

| Event | Current Date | New Date |
|---|---|---|
| Expert Witness Disclosure/Reports under FRCP 26(a)(2) due | September 23, 2024 | October 23, 2024 |
| Discovery Motions due | October 23, 2024 | November 22, 2024 |
| Discovery completed by | November 22, 2024 | December 23, 2024 |
| Dispositive motions due | December 23, 2024 | January 22, 2025 |

     All other deadlines in this case, including the trial date, remain unchanged.

     The clerk is ordered to provide copies of this order to all counsel.

     Dated September 19, 2024.

Marsha J. Pechman
United States Senior District Judge